# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHARD BRUCE AND LYNN BRUCE

VERSUS

M&A SAFETY SERVICES, L.L.C.

NO.  2019 CW 0778

**SEP 2 5 2019**

---

In Re:  M&A Safety Services, L.L.C., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 674828.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**VGW**
**JMG**

**Crain, J.,** dissents and would order that this matter be transferred to Lafayette Parish, where the alleged injury occurred, the primary defendant is located, a majority of the witnesses reside, and the interest of justice will be served. See La. Code Civ. P. art. 123(A); see also **Piper Aircraft Co. v. Reyno,** 454 U.S. 235, 241, 102 S.Ct. 252, 70 L.Ed.2d 419 (1981); **Holland v. Lincoln General Hosp.,** 2010-0038 (La. 10/19/10), 48 So.3d 1050, 1057.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT